[No. 1026-3.    Division Three.    June 27, 1975.]

MARILYN L. GERST, *Respondent,* v. FLOYD H. SCHIERMAN *et al, Appellants.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 62747, Albert N. Bradford, J., entered November 19, 1973. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.

[No. 2545-1.    Division One.    June 30, 1975.]

THE STATE OF WASHINGTON, *Respondent,* v. GEORGE WESLEY NOEL, SR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 65174, Charles R. Denney, J. Pro Tem., entered September 19, 1973. *Affirmed* by unpublished opinion per Weaver, J. Pro Tem., concurred in by Farris and James, JJ.

[No. 2781-1.    Division One.    June 30, 1975.]

THE STATE OF WASHINGTON, *Respondent,* v. KATHLEEN NUBGAARD, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 64736, Erle W. Horswill, J., entered January 22, 1974. *Affirmed* by unpublished opinion per Weaver, J. Pro Tem., concurred in by Farris and James, JJ.

[No. 2665-1.    Division One.    June 30, 1975.]

B & B LANDSCAPING, INC., *Appellant,* v. BASS CONSTRUCTION Co., INC., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 750567, Janice Niemi, J., entered November 7, 1973. *Affirmed* by unpublished opinion per Callow, J., concurred in by James and Swanson, JJ.